Osvaldo SOLIS, Plaintiff–Appellant,

v.

THE STATE OF NEW YORK; and the State Department of Correctional Service; and Superintendent Brian Fisher with His "Administration Personal", Defendants–Appellees.

Docket No. 02–260.

United States Court of Appeals, Second Circuit.

May 9, 2003.

Osvaldo Solis, New York City, pro se.

Present: FEINBERG, MESKILL, and JACOBS, Circuit Judges.

### SUMMARY ORDER

UPON DUE CONSIDERATION, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the judgment of the district court be **AFFIRMED**.

Osvaldo Solis appeals from the judgment of the United States District Court for the

Southern District of New York (Mukasey, *J.*), dismissing his complaint for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii). We affirm for substantially the reasons stated in Judge Mukasey's opinion. *Solis v. State of New York, et al.*, 02–CV–5653 (MBM) (S.D.N.Y. July 22, 2002).